[Link to 1998-DP-01785-SCT](#)